IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re:<br><br>PSC Thrive, LLC<br><br>Debtor. | Case No. 26-17757-MMH<br>(Chapter 11) |
| In re:<br><br>Jenk's Best Living, LLC<br><br>Debtor. | Case No. 26-17758-MMH<br>(Chapter 11)<br><br>*Joint Administration Motion Pending* |

**APPLICATION TO APPROVE**
**EMPLOYMENT OF MAURICE B. VERSTANDIG,**
**CHRISTIANNA CATHCART, AND THE VERSTANDIG LAW**
**FIRM, LLC AS GENERAL REORGANIZATION COUNSEL TO DEBTORS**

Come now Jenk's Best Living, LLC and PSC Thrive, LLC (the "Debtors"), pursuant to sections 327 and 329 of title 11 of the United States Code (the "Bankruptcy Code"), as well as Federal Rule of Bankruptcy Procedure 2014, and applies to engage Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC (collectively, "VLF"), as general reorganization counsel to the Debtors, and in support thereof states as follows:

1. These cases were commenced when the Debtors filed petitions for chapter 11 relief, pursuant to section 301 of the Bankruptcy Code, on July 19, 2026.

2. The Debtors are, and at all times relevant have been, debtors-in-possession.

3. Approval is instantly sought of VLF's employment to provide the following services to the Debtors as general reorganization counsel:

a. Prepare and file all necessary pleadings, motions, and other court papers, on behalf of the Debtors;

b. Negotiate with creditors, equity holders, and other interested parties;

c. Represent the Debtors in any adversary proceedings (with the aid of special counsel, where appropriate), contested matters, and other proceedings before this Honorable Court;

d. Prepare a plan of reorganization on behalf of the Debtors; and

e. Tend to such other and further matters as are necessary and appropriate in the prism of these cases.

4. VLF does not represent any other person or entity in connection with these cases, and both VLF and its principal are disinterested as that term is used in section 101(14) of the Bankruptcy Code. VLF is not a creditor, an equity holder, or an insider of the Debtors; was not, within two years before the date of the petition for relief, a director, officer, or employee of the Debtors; and does not have any interest materially adverse to the interests of the estate or any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors (or for any other reason). Further, VLF holds no interest adverse to the interests of the Debtors in connection with any of the matters for which employment is sought.

5. VLF has no legal connection with the Debtors, the creditors herein, or any other parties in interest, nor with their respective counsel, nor with the United States Trustee or any person employed in the office of the United States Trustee, except as expressly disclosed in the affidavit of Maurice B. VerStandig attached hereto.

6. VLF has agreed to represent the Debtors at the rate of Six Hundred Dollars and No Cents ($600.00) per hour for partner time, Three Hundred Dollars and No Cents ($300.00) per hour for associate time, and One Hundred Dollars and No Cents ($100.00) per hour for paralegal

time; it is respectfully suggested these proposed rates are fair and reasonable, and these rates are consistent with the skills and reputation of VLF and its attorneys.

7. The Debtors have also agreed to provide compensation to VLF in the manner set forth in the Statement Pursuant to Rule 2016(b) filed herein. All compensation sought in this matter will be subject to the review and approval of the United States Bankruptcy Court for the District of Maryland.

8. Attached hereto, and incorporated herein by reference, is the declaration of Maurice B. VerStandig, Esq. in support of this application.

WHEREFORE, the Debtors respectfully pray this Honorable Court (i) enter an order approving the employment of Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC as general reorganization counsel to the Debtors; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: July 19, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

*[Certificate of Service on Following Page]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.