Entered: August 4th, 2026
Signed: August 4th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re:<br><br>Jenk's Best Living, LLC<br><br>Debtor. | Case No. 26-17758-MMH<br>(Chapter 11) |
| In re:<br><br>PSC Thrive, LLC<br><br>Debtor. | Case No. 26-17757-MMH<br>(Chapter 11)<br><br>*Jointly Administered* |

**INTERIM ORDER GRANTING MOTION FOR LEAVE TO**
**INCUR POST-PETITION DEBTS AND USE CASH COLLATERAL**

Upon consideration of the motion to incur post-petition debts and use cash collateral (the "Motion") filed by Jenk's Best Living, LLC and PSC Thrive, LLC (the "Debtors"), the record herein, applicable law, and any evidence adduced at a hearing thereupon, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED on an interim basis; and it is further

ORDERED, that the Debtors are permitted—but not required—to enter into the debtor-in-possession financing arrangement provided for in the term sheet appended to the Motion, and to thereafter draw the indicated line of credit in such sums and prorations as the Debtors deem appropriate in their reasonable business judgment, but not to exceed $200,000.00 pending further order of this Honorable Court; and it is further

ORDERED, that a final hearing on the Motion will be held on August 24, 2026, at 11:00 am prevailing eastern time, in courtroom 9-C at 101 W. Lombard Street, Baltimore, Maryland 21201.

.

Copies: all counsel of record