Outlook

## Case Transfer from Dist. MD to OKWB

**From** OKWBdb_Helpdesk <helpdesk@okwb.uscourts.gov>
**Date** Sun 8/16/2026 3:38 PM
**To** Amber Sauria <Amber_Sauria@mdb.uscourts.gov>; Kelly Grant <Kelly_Grant@mdb.uscourts.gov>
**Cc** OKWBdb_Helpdesk <helpdesk@okwb.uscourts.gov>

Hi Amber and Kelly,

We have successfully opened the following transferred cases in our CM/ECF system.

The new case number for *Jenk's Best Living, LLC* is **26-12812-SAH**.
The new case number for *Jenk's Best Living, LLC v. Kulick et al* is **26-01040-SAH**

If you have any questions, please contact the Clerk's Office by phone (405) 609-5700 or email Helpdesk@okwb.uscourts.gov

Thanks.

Sue Bellingham
Operations Supervisor
United States Bankruptcy Court
Western District of Oklahoma
(405) 609-5700