# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**United States Courthouse**
**Oklahoma City, Oklahoma**

## VIDEO STATUS CONFERENCE
## BEFORE JUDGE SARAH A. HALL

## WEDNESDAY, AUGUST 19, 2026

---

**NOTE: Attorneys of record and any parties appearing pro se are notified that a Video Status Conference concerning the below referenced bankruptcy proceeding will be conducted by Judge Sarah A. Hall, United States Bankruptcy Judge, on Wednesday, August 19, 2026, and will be conducted by video via Microsoft Teams. The link to join the status conference is provided below along with the meeting ID and passcode:**

**JOIN:**
**https://teams.microsoft.com/meet/269473471141991?p=cRTGTCktSlJTMux4KN**

**Meeting ID: 269 473 471 141 991**
**Passcode: 6rB2Rm6F**

---

**1:30 P.M.**

**26-12812/Chp. 11** **IN RE: JENK'S BEST LIVING, LLC**

**Video Status Conference**