**Dated: August 21, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

# CASE MANAGEMENT PROTOCOLS

**Chief Judge Sarah A. Hall**

**Western District of Oklahoma**

## I. SETTING MATTERS FOR HEARING

A. Except as otherwise provided herein or otherwise ordered by the Court, the Court shall establish each Thursday at 10 a.m. C.S.T., as the day ("Hearing Day") and time for hearing all motions and other matters in this case.

B. Any person filing a motion or other matter requiring a hearing must contact Dominique McGee at dominique_mcgee@okwb.uscourts.gov to obtain a hearing date.

C. Any person filing a motion or other matter requiring a hearing must also file and serve a notice of hearing identifying, by docket number, the matter(s) set for hearing and the date and time of the hearing. One notice of hearing may be used for multiple matters set on the same day provided each motion or matter identified in the notice is linked to the notice when electronically filed.

## II. EMERGENCY MOTIONS

A. Counsel must contact Judge Hall's Courtroom Deputy, Dominique McGee, at dominique_mcgee@okwb.uscourts.gov, to request shortened notice and set an emergency hearing. Counsel must state with specificity the reason why an emergency exists and provide their preferred hearing date.

B. If Judge Hall approves the request, Counsel shall submit an application to shorten time and set expedited hearing compliant with the requirements of Local Rule

9006-1.A, and contemporaneously upload an order granting the application. After the order granting the application has been entered, the motion may be filed with the shortened response time and hearing date.

## III. PROPOSED HEARING AGENDA

A. Before noon on the day that is at least one (1) business day prior to each Hearing Day, Debtor's counsel is directed to file with the Court a proposed hearing agenda ("Proposed Hearing Agenda"). Debtor's counsel will contemporaneously ensure the Proposed Hearing Agenda is received by counsel for the party against whom relief is requested, counsel for any committee appointed in this case, all secured creditors, the United States Trustee and those parties that have served a request for notices, whether through CM/ECF, fax, or email. The Proposed Hearing Agenda, whether or not served on parties, is merely a proposal for the convenience of the Court and counsel. It is NOT determinative of the matters to be heard on that day and is not determinative of whether there will be a settlement or continuance. On the Hearing Day, the Court may, or may not, accept the Proposed Hearing Agenda.

B. The Proposed Hearing Agenda shall include:

1. The docket number and title of each matter to be scheduled for hearing on the next Hearing Day, including all related pleadings;
2. Whether the matter is contested or uncontested;
3. An estimate of the time required to hear each matter;
4. Other comments that will assist the Court in organizing its docket for the day: (for example, if a request for continuance or withdrawal of the matter is expected); and
5. A suggested order in which the matters should be addressed.

C. Before noon on the day that is at least three (3) business days prior to each Hearing Day, other parties in interest may request in writing that Debtor's counsel add matters to the Proposed Hearing Agenda. If such a request is made, the Proposed Hearing Agenda should include the matter requested or, if Debtor's counsel disagrees that the matter should be included, disclose the request and the basis for Debtor's disagreement.

## IV. EVIDENCE

A. Any party wishing to present evidence at a scheduled hearing on a contested matter must file and serve on all parties in interest, pursuant to Local Rule 9007-1, a notice listing: a brief description of the exhibits to be offered; the names of all witnesses intended to be called; and an estimated length of time to present the evidence and argument. Such notice must be filed no less than by close of business on the third business day immediately preceding the scheduled hearing.

B. All exhibits which are intended to be offered in evidence at a trial or a hearing must be marked for identification and provided to opposing counsel and three (3) copies to the Court by close of business on the third business day immediately preceding the trial or hearing. Parties are encouraged to exchange exhibits earlier than three (3) days if practical.

## V. VIDEOCONFERENCE HEARINGS

A. Under certain circumstances, the Court may authorize a hearing to proceed by videoconference. Although typically used in only certain non-evidentiary matters and matters in which all parties are represented by counsel, the Court may, in its discretion, use video hearings in additional situations if warranted under the circumstances. If the Court sets a videoconference hearing, the following procedures apply, as well as the procedures set forth in the Court's Local Rules and additional procedures announced prior to or during a hearing in any given case.

B. Each individual who is participating in a videoconference hearing must register for the hearing by emailing the individual's name, client name, and preferred email address to Judge Hall's Judicial Assistant, Cheryl Shook, at cheryl_shook@okwb.uscourts.gov. Registration must be completed two days prior to the hearing by noon (unless the emergency nature of any given hearing makes such timing impractical).

C. Each individual who registers for the videoconference hearing will receive connection information for the hearing at least 24 hours prior to the start time of the hearing (unless the emergency nature of any given hearing makes such timing impractical).

D. Each individual must connect to the videoconference hearing at least 10 minutes prior to the start time of the scheduled hearing.

E. Prior to the start time of the scheduled hearing, all participants must input their full name, affiliation, and the names of any other individuals watching or listening to the hearing through that participant's connection into the TEAMS hearing chat. When asked for appearances, all participants shall announce their appearance in the order listed in the TEAMS hearing chat.

F. To ensure full transparency, Judge Hall will identify all members of the Court participating in the hearing. In addition, Judge Hall or the Courtroom Deputy may pause the hearing to take a roll call if the conference line indicates the addition or deletion of a participant. Participants should email the Court at cheryl_shook@okwb.uscourts.gov or call the Court at 405-609-5660 if they experience any technical issues during the hearing, including if they are disconnected or cannot enter the hearing.

G. During the hearing, parties must identify themselves before speaking. Parties also should announce their joining or rejoining if the hearing is in progress and, if necessary, request permission to leave or disconnect prior to the end of the hearing (as they would in the courtroom).

H. All participants are asked to be on mute before and during the hearing, unless they are speaking or about to speak.

I. **The Court will create an official recording of the video hearing. No party (other than the Court) may record or otherwise capture the audio or video of the hearing in any manner.**

J. Videoconference appearances by multiple participants are only possible when there is compliance with every procedural requirement. Sanctions may be imposed when there is any deviation from the required procedures or the Court determines that an individual's conduct makes video appearances inappropriate.