**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>JENK'S BEST LIVING, LLC,<br><br>Debtor. | Case No. 26-12812-SAH<br>Chapter 11 |

**AUGUST 13, 2026 ACCOUNTING REPORT**

YSA Investments 1, LLC, submits the attached accounting report.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
PHILLIPS MURRAH P.C.
424 N.W. 10th Street, Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 - facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
**Attorneys for YSA Investments 1, LLC**

# Profit & Loss

Property: Thrive Jenks

*08/01/26 - 08/31/26 (cash basis)*

| | Amount | % Income |
|---|---|---|
| **INCOME** | | |
| 40000 PROPERTY RENTAL INCOME | | |
| 40002 GROSS RENTALS | 146,579 | 91.78% |
| 40004 LOSS TO PROMO - PEP | -2,566 | -1.61% |
| 40008 DELINQUENT RENT | -2,700 | -1.69% |
| 40000 Total PROPERTY RENTAL INCOME | 141,313 | 88.49% |
| 41000 OTHER INCOME | | |
| 41003 PET INCOME | 591 | 0.37% |
| 41005 NSF/LATE CHARGES | 200 | 0.13% |
| 41006 APPLICATION FEES | 300 | 0.19% |
| 41008 WATER - REIMBURSEMENT | 7,601 | 4.76% |
| 41009 TRASH - REIMBURSEMENT | 1,646 | 1.03% |
| 41011 VALET TRASH SERVICE INCOME | 1,746 | 1.09% |
| 41015 GARAGE INCOME | 2,857 | 1.79% |
| 41020 DAMAGE WAIVER INCOME | 1,109 | 0.69% |
| 41032 MTM CHARGES | 50 | 0.03% |
| 41042 PEST CONTROL FEE | 704 | 0.44% |
| 41047 R.U.B.S SERVICE FEE | 769 | 0.48% |
| 41054 CREDIT BUILDING FEE | 815 | 0.51% |
| 41000 Total OTHER INCOME | 18,389 | 11.51% |
| **TOTAL INCOME** | **159,701** | **100.00%** |
| **EXPENSE** | | |
| 50000 SALARIES, TAXES & BENEFITS | | |
| 50001 MANAGER | 1,500 | 0.94% |
| 50004 LEAD MAINTENANCE | 732 | 0.46% |
| 50010 MAINTENANCE TECH | 310 | 0.19% |
| 50014 SUBCONTRACT/TEMP EMPLOYEES | 873 | 0.55% |
| 50019 PAYROLL TAX EXPENSE | 359 | 0.22% |
| 50000 Total SALARIES, TAXES & BENEFITS | 3,774 | 2.36% |
| 52000 ADVERTISING EXPENSES | | |
| 52011 SOCIAL MEDIA ADVERTISING | 324 | 0.20% |
| 52000 Total ADVERTISING EXPENSES | 324 | 0.20% |
| 53000 MAINTENANCE - TURN COSTS | | |
| 53007 PAINTING - SUPPLIES | 204 | 0.13% |
| 53015 LOCKS & KEYS | 63 | 0.04% |
| 53000 Total MAINTENANCE - TURN COSTS | 267 | 0.17% |
| 54000 MAINTENANCE - OPERATIONS | | |
| 54008 HEATING & AIR CONDITIONING | 1,035 | 0.65% |
| 54009 ELECTRICAL | 139 | 0.09% |
| 54012 LANDSCAPING | 1,379 | 0.86% |
| 54015 POOL | 100 | 0.06% |
| 54027 SMALL TOOLS & EQUIPMENT | 134 | 0.08% |
| 54000 Total MAINTENANCE - OPERATIONS | 2,788 | 1.75% |
| 55000 PROJECT ADMINISTRATION | | |
| 55012 ONLINE PAYMENT FEE | 1 | 0.00% |
| 55013 WEB HOSTING FEES | 250 | 0.16% |
| 55014 OTHER | 35 | 0.02% |
| 55019 BLUEMOON EXPENSE | 971 | 0.61% |
| 55020 SOFTWARE EXPENSES | 377 | 0.24% |
| 55021 VALET TRASH SERVICE | 294 | 0.18% |
| 55022 DAMAGE WAIVER POLICY | 827 | 0.52% |

| | | |
|---|---|---|
| 55000 Total PROJECT ADMINISTRATION | 2,754 | 1.72% |
| **TOTAL EXPENSE** | **9,907** | **6.20%** |
| **NOI** | **149,795** | **93.80 %** |
| **NON OPERATING EXPENSE** | | |
| 58200 REPLACEMENTS | | |
| 58206 HEATING & AIR CONDITIONING | 389 | 0.24% |
| 58208 CARPENTRY | 66 | 0.04% |
| 58234 FIRE ALARM SPRINKLER INSPECTION | 32,560 | 20.39% |
| 58200 Total REPLACEMENTS | 33,015 | 20.67% |
| **TOTAL NON OPERATING EXPENSE** | **33,015** | **20.67%** |
| **NET INCOME** | **116,780** | **73.12 %** |

**NET INCOME SUMMARY**

| | |
|---|---|
| Income | 159,701 |
| Expense | -9,907 |
| Net Operating Income | 149,795 |
| Non Operating Expense | -33,015 |
| **NET INCOME** | **116,780** |