IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-12812-SAH |
| | ) | (Chapter 11) |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Please notice the appearance of Maurice B. VerStandig, and The VerStandig Law Firm, LLC, as proposed counsel for the debtor herein. This notice is filed solely for purposes of causing an appearance to be correlated in CM/ECF and generating filing notices, with proposed counsel having previously appeared when this case was pending in the United States Bankruptcy Court for the District of Maryland.

Respectfully submitted,

Dated: August 25, 2026

By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
*Application for Admission Pending*
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig