**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| JENK'S BEST LIVING, LLC, | Case No. 26-12812-SAH |
| Debtor. | Chapter 11 |

| | |
|---|---|
| Date Filed: | July 19, 2026 |
| 341 Date: | August 26, 2026 |
| 341 Time: | 12:00 p.m. ET / 11:00 a.m. CT |
| Voluntary | X |
| Involuntary | ___________ |

Change of address if any_____________________________________________

INITIAL TRUSTEE REPORT
AND SECTION 341 MEETING MEMO

| | | |
|---|---|---|
| 1. | Appearances: | None |
| 2. | Attorney for debtor:<br>Debtor's representative: | Did not appear.<br>Did not appear. |
| 3. | _______ | Debtor's representative appeared, testified under oath and was examined. |
| 4. | X | Creditors' committee has/has not been appointed. |
| 5. | _______ | meeting concluded. |
| 6. | X | meeting continued to: September 8, 2026 at 11:00 a.m. CST and will be conducted telephonically: |

**Dial In: 888-330-1716 | Access Code: 2164492#**

**Please note** the above Dial In and Access Code numbers for the continued meeting are different than those published in the Court's Document # 27.

7. Notes: The Dial-In and Access Code numbers used for this initial meeting were the ones published in the Notice of Chapter 11 Bankruptcy Case [Doc. # 27].

ILENE LASHINSKY
UNITED STATES TRUSTEE

MARJORIE CREASEY
Assistant United State Trustee

s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
Office of the United States Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102

(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov