IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-12812-SAH |
| | ) | (Chapter 11) |
| Jenk's Best Living, LLC | ) | |
| Debtor. | ) | |

**WITNESS AND EXHIBIT LIST FOR SEPTEMBER 3, 2026 HEARING**

Comes now Jenk's Best Living, LLC ("Jenk's" or the "Debtor"), by and through undersigned counsel, pursuant to section IV of the Case Management Protocols in this case, ECF No. 65, as well as the rigors of Local Rule 9014-1, and furnishes the following list of witnesses to be called—and exhibits to be introduced—at a hearing on debtor-in-possession financing,[1] scheduled for Thursday, September 3, 2026 at 10:00 am, and set to be a remote hearing, *see* ECF No. 64:

***Exhibits***

1. Debtor in possession financing term sheet (ECF No. 7-1, with a typographical error corrected)

2. Any other exhibit(s) designated by any party in interest, regardless of whether or not introduced by said party

[1] The hearing titularly also concerns cash collateral utilization, which was sought in the same motion. *See* ECF No. 7. However, unless and until Jenk's is able to recover physical possession of its eponymous asset from YSA Investments 1, LLC, Jenk's will not have access to rental monies that are a senior lender's cash collateral and, as such, Jenk's will not have any need to obtain leave of court to utilize cash collateral.

***Witnesses***

a. Zvi Guttman, Chief Restructuring Officer of the Debtor (testimony to be taken remotely and expected to be less than 5 minutes in duration)

b. Any other witness(es) designated by any party in interest, regardless of whether or not called by said party

***Anticipated Time to Present Evidence and Argument***

Jenk's anticipates the presentation of evidence and argument, on the provision of debtor-in-possession financing, will take 10-15 minutes. Jenk's further anticipates miscellaneous status items will take an additional 5-10 minutes. Pursuant to the hearing notice, ECF No. 64, and in an effort to minimize the incursion of professional fees, Jenk's reasonably anticipates both its chief restructuring officer and legal counsel will be appearing remotely.

Respectfully submitted,

Dated: August 28, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
*Application for Admission Pending*
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig