IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>Jenk's Best Living, LLC<br><br>Debtor. | Case No. 26-12812-SAH<br>(Chapter 11) |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF ZVI GUTTMAN AS CHIEF RESTRUCTURING OFFICER**

1. My name is Zvi Guttman, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am a panel chapter 7 trustee in the District of Maryland.

3. I maintain an office in Baltimore, Maryland and have a mailing address of Post Office Box 32308, Baltimore, Maryland 21282.

4. I was engaged—pre-petition—by Jenk's Best Living, LLC ("Jenk's" or the "Debtor") and PSC Thrive, LLC (the one-half owner of Jenk's) to serve as chief restructuring officer to both entities.

5. Neither I nor my law firm are a creditor of Jenk's or the estate of Jenk's.

6. I (i) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor, *except* for my few days of pre-petition service as chief restructuring officer; and (ii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Further, I hold no interest adverse to the interest of the Debtor.

Docusign Envelope ID: 38326FE2-4BB5-8EEF-8271-0E6F9C22447D


I, Zvi Guttman, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: August 30, 2026

By: Signed by: Zvi Guttman
2CFDDF4597A34A5...
Zvi Guttman