IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>Jenk's Best Living, LLC<br><br>Debtor. | Case No. 26-12812-SAH<br>(Chapter 11) |

**PROPOSED HEARING AGENDA FOR SEPTEMBER 3, 2026**

Comes now Jenk's Best Living, LLC ("Jenk's" or the "Debtor"), by and through undersigned propose counsel, pursuant to section III of the Case Management Protocols, ECF No. 65, and offers this proposed hearing agenda for September 3, 2026:

1. Motion for Leave to Incur Post-Petition Debts and Use Cash Collateral (ECF No. 7)

   Opposition: YSA Investments 1, LLC (ECF No. 62)

   Estimated Time: 20-30 minutes

   Other comments: Opposition by YSA Investments 1, LLC was not filed prior to lapsing of objection period in District of Maryland (which occurred *prior* to case being transferred)

2. Application to Approve Employment of Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC as General Reorganization Counsel to Debtors (ECF No. 8)

   Opposition: None

   Estimated Time: 2-3 minutes

   Other comments: Proposed order being uploaded in advance of hearing, per Local Rule 9013-1(L)

3. Status

   a. Status of *Jenk's Best Living, LLC v. Kulick, et al.*, Case No. 26-01040-SAH (Bankr. W.D. Okla. 2026) (including scheduling of preliminary injunction hearing, scheduling of trial, and questions concerning applicability of automatic stay since Jenk's Best Living, LLC and YSA Investments 1, LLC are now both the subjects of pending chapter 11 cases in the same court)

Respectfully submitted,

Dated: September 2, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
*Application for Admission Pending*
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig