IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>Jenk's Best Living, LLC<br><br>Debtor. | Case No. 26-12812-SAH<br>(Chapter 11) |

**APPLICATION TO ALLOW REMOTE**
**ATTENDANCE AT SEPTEMBER 3, 2026 HEARING**

Comes now Jenk's Best Living, LLC ("Jenk's" or the "Debtor"), by and through undersigned propose counsel, and respectfully seeks leave to participate in the September 3, 2026 hearing (the "Hearing") via Microsoft Teams, with such leave extending to the Debtor's professionals and witnesses (including Zvi Guttman, the Debtor's chief restructuring officer, who will testify, and other representatives of the Debtor who will merely view the hearing).

The Debtor missed the noon deadline to register for the hearing for reasons solely correlative to counsel's inadvertence. This was not done by design nor out of cognizant disregard. The error is regretted enormously and it is sincerely hoped this Honorable Court will permit the Debtor's professionals and representatives to nonetheless appear at the hearing.

Respectfully submitted,

Dated: September 2, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
*Application for Admission Pending*
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig