IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

Jenk's Best Living, LLC

Debtor.

Case No. 26-12812-SAH
(Chapter 11)

# ORDER GRANTING APPLICATION TO ALLOW REMOTE ATTENDANCE AT HEARING ON SEPTEMBER 3, 2026

Upon consideration of the Application to Allow Remote Attendance at September 3, 2026 Hearing (the "Application"), filed by Jenk's Best Living, LLC (the "Debtor"), and in consideration of the record herein and governing law, it is, by the United States Bankruptcy Court for the Western District of Oklahoma, hereby:

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor's professionals, principals, and witness may participate in the hearing in this case—alongside related cases—on September 3, 2026, via Microsoft Teams.

**All findings of fact are based upon representation of counsel.**

**The prevailing party will effectuate service of the order on all interested parties.**

# # #

Approved for Entry:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
*Application for Admission Pending*
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

***NOTE: This is a template for an electronic order to be filed in a bankruptcy case. The caption for an order to be filed in an adversary proceeding must include both the bankruptcy case and adversary proceeding case numbers and styles.***