**Dated: September 2, 2026**

**The following is ORDERED:**

**Leave will not be granted in the future for failing to comply with the Case Management Protocols.**

Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>Jenk's Best Living, LLC<br><br>Debtor. | Case No. 26-12812-SAH<br>(Chapter 11) |

**ORDER GRANTING APPLICATION TO ALLOW REMOTE ATTENDANCE AT HEARING ON SEPTEMBER 3, 2026**

Upon consideration of the Application to Allow Remote Attendance at September 3, 2026 Hearing (the "Application"), filed by Jenk's Best Living, LLC (the "Debtor"), and in consideration of the record herein and governing law, it is, by the United States Bankruptcy Court for the Western District of Oklahoma, hereby:

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor's professionals, principals, and witness may participate in the hearing in this case—alongside related cases—on September 3, 2026, via Microsoft Teams.

**All findings of fact are based upon representation of counsel.**

**The prevailing party will effectuate service of the order on all interested parties.**

# # #

Approved for Entry:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
*Application for Admission Pending*
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com