**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| JENK'S BEST LIVING, LLC, | Case No. 26-12812-SAH |
| Debtor. | Chapter 11 |

**NOTICE OF RESCHEDULING OF THE 11 U.S.C. § 341 MEETING OF CREDITORS**

The United States Trustee gives notice that the meeting of creditors for the referenced case has been rescheduled to **September 16, 2026, at 1:30 p.m.** This meeting will be conducted telephonically with the following call-in number and passcode:

| | |
|---|---|
| Dial In: | 888-330-1716 |
| Access Code: | 2164492 |

ILENE LASHINSKY
UNITED STATES TRUSTEE

MARJORIE CREASEY
Assistant United State Trustee

s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
Office of the United States Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov

**CERTIFICATE OF MAILING**

This is to certify, under penalty of perjury, that on September 8, 2026, the above and foregoing motion was mailed, postage prepaid, to those parties in interest set forth on the mailing matrix accompanying the original motion filed with this Court.

s/Jeffrey E. Tate
Jeffrey E. Tate, OBA #17150