**Dated: September 9, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JENK'S BEST LIVING, LLC, | ) | Case No. 26-12812-SAH |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER DENYING MOTION TO DISMISS JENK'S BEST LIVING, LLC BANKRUPTCY PROCEEDINGS FOR LACK OF JURISDICTION AND LACK OF AUTHORITY AND ALTERNATIVELY, MOTION TO TRANSFER VENUE [DOC. 47]**

On August 13, 2026, YSA Investments 1, LLC ("YSA") filed the Motion to Dismiss Jenk's Best Living, LLC Bankruptcy Proceedings for Lack of Jurisdiction and Lack of Authority and Alternatively, Motion to Transfer Venue [Doc. 47] (the "Motion") requesting this case be either dismissed for improper venue or transferred from the Northern District of Texas to the District of Delaware. However, on August 14, 2026, this case was transferred to the Western District of Oklahoma, therefore, mooting the Motion. Even if the Motion was not moot, the Court would deny it because venue is proper in Oklahoma.

The Motion further requests this case be dismissed because debtor, Jenk's Best Living, LLC, lacked authority to file the present bankruptcy case. However, YSA's argument relies upon

issues involving an interest in property which must be brought by adversary proceeding under Federal Rule of Bankruptcy Procedure 7001.

Therefore, the Motion is hereby DENIED.

IT IS SO ORDERED.

# # #