IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>JENK'S BEST LIVING, LLC,<br><br>DEBTOR. | Chapter 11<br><br>Case No. 26-12812 (SAH) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Comes now, BRET DAVIS, of Lamun Mock Cunnyngham & Davis, P.C. and hereby enters his appearance as attorney of record for Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, the "Auerbach Funds") in the above named case and requests that all notices or other documents be sent to him on behalf of Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, the "Auerbach Funds").

/s/Bret Davis

Bret Davis, OBA #15079
LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
5621 N. Classen Blvd.
Oklahoma City, OK 73118
(405) 840-5900 Fax (405) 842-3132
bdavis@lamunmock.com
Attorney for Creditor

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, a true and correct copy of the Entry of Appearance was electronically served using the CM/ECF system, namely:

Attorneys for Debtor:

**Elimelech Baruch**
The Casper Firm
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
ebaruch@casperfirm.com

**Christianna Annette Cathcard**
The Belmont Firm
1050 Connecticut Avenue NW Ste 500
Washington, DC 20036
christianna@dcbankruptcy.com

**Maurice VerStandig**
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854
mac@mbvesq.com

**U.S. Trustee**
**United States Trustee**
United States Trustee
215 Dean A. McGee Ave, 4th Floor
Oklahoma City, OK 73102

Represented by:

**Marjorie J. Creasey**
Department of Justice, US Trustee
215 Dean A. McGee Ave, Room 408
Oklahoma City, OK 73102
Marjorie.creasey@usdoj.gov

**Jeffrey E. Tate**
DOJ-Ust
215 Dean A. McGee Ave, Room 408
Oklahoma City, OK 73102
Jeff.tate@usdoj.gov

/s/Bret Davis
Bret Davis, OBA #15079