**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>JENK'S BEST LIVING, LLC,<br>Debtor. | Case No. 26-12812-SAH<br>Chapter 11 |

**SECTION 341 CONTINUED CREDITOR MEETING**
**ENTRY OF APPEARANCES**

| NAME: | REPRESENTING: |
|---|---|
| Maurice VerStandig | Counsel for Debtor |
| Christianna Annette Cathcart | Counsel for Debtor |
| Zvi Guttman | Debtor Representative |
| Jason A Sansone | YSA Investments 1, LLC |
| Shannon Thomas | Counsel to Chapter 11 Trustee of the related bankruptcy cases transferred from N.D. Texas, Daniel J. Sherman |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |