**Dated: September 21, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>Jenk's Best Living, LLC<br><br>Debtor. | Case No. 26-12812-SAH<br>(Chapter 11) |

**ORDER GRANTING MOTION FOR**
**LEAVE TO INCUR POST-PETITION DEBTS**

Upon consideration of the *Motion for Leave to Incur Post-Petition Debts and Use Cash Collateral* (the "Motion"), ECF No. 7, filed by Jenk's Best Living, LLC (the "Debtor"), and in consideration of the record herein and governing law, it is, by the United States Bankruptcy Court for the Western District of Oklahoma, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor shall file—not later than the first business day of each calendar month—a budget (the "Budget") for the use of debtor-in-possession financing ("DIP Financing"), with said obligation commencing on October 1, 2026 and being without prejudice to utilizing DIP Financing to pay professional fees incurred prior to said date *provided* that said fees first be approved by this Court; and it is further

ORDERED, that any party may object to the Budget within ten (10) business days of such being docketed, in which case a hearing thereupon shall be scheduled for consideration of the Budget but, absent such an objection, the Budget shall be deemed approved; and it is further

ORDERED, that the portion of the Motion seeking leave to use cash collateral is DENIED AS MOOT insofar as it does not appear the Debtor presently seeks leave to use the cash collateral of any secured creditor.

**All findings of fact are based upon representation of counsel.**

**The prevailing party will effectuate service of the order on all interested parties.**

# # #

Approved for Entry:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 1034066DC
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

/s/ Jason A. Sansone
Jason A. Sansone
OBA No. 30913
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
jasansone@phillipsmurrah.com
*Counsel for YSA Investments 1, LLC*