**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br>JENK'S BEST LIVING, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12812 (SAH) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Berkadia Commercial Mortgage LLC ("Berkadia") in the above-captioned case. Pursuant to Fed. R. Bankr. P. 2002, 9007, and 9010 (the "Bankruptcy Rules"), and 11 U.S.C. § 342 (the "Bankruptcy Code"), the undersigned respectfully requests that all notices and papers filed or entered in this case be given to and served upon the following:

Matthew K. Hansen
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8496
Email: matt.hansen@troutman.com

Blair L. Schiff (*pro hac vice forthcoming*)
**TROUTMAN PEPPER LOCKE LLP**
401 9th Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 220-1223
Email: blair.schiff@troutman.com

Matthew R. Brooks (*pro hac vice forthcoming*)
**TROUTMAN PEPPER LOCKE LLP**
875 Third Avenue,
New York, NY 10022
Telephone: (212) 704-6047
Email: matthew.brooks@troutman.com

Tori L. Remington (*pro hac vice forthcoming*)
**TROUTMAN PEPPER LOCKE LLP**
Hercules Plaza
1313 N. Market Street, Suite 1000
Wilmington, DE 19899
Telephone: (302) 777-6500
Email: tori.remington@troutman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders, notices, applications, motions, petitions, pleadings, complaints, demands, or requests, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, electronic filing, or otherwise, in the above-referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither the filing of this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall be deemed, or construed to constitute, a waiver of any substantive or procedural right of Berkadia, including, without limitation: (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (iii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iv) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 24, 2026

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Matthew K. Hansen*

Matthew K. Hansen (OBA #35797)
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8496
Email: matt.hansen@troutman.com

*Counsel to Berkadia Commercial Mortgage LLC*

**CERTIFICATE OF SERVICE**

I, Matthew K. Hansen, hereby certify that on September 24, 2026, all ECF participants registered in this case were served electronically with the *Notice of Appearance and Request for Service of Notices and Papers* through the Court's ECF system at their respective email addresses registered with the Court.

*/s/ Matthew K. Hansen*
Matthrew K. Hansen