**Dated: September 28, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-12812-SAH |
| | ) | (Chapter 11) |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG, CHRISTIANNA CATHCARTA, AND THE VERSTANDIG LAW FIRM, LLC AS GENERAL REORGANIZATION COUNBSEL TO DEBTOR**

Upon consideration of the *Application to Approve Employment of Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC as General Reorganization Counsel to Debtor* (the "Application"), ECF No. 8, filed by Jenk's Best Living, LLC (the "Debtor"), and in consideration of the record herein and governing law, it is, by the United States Bankruptcy Court for the Western District of Oklahoma, hereby:

FOUND, that the Application was filed on July 19, 2026, *see* ECF No. 8; and it is further

FOUND, that the Application was served on all parties receiving notice via CM/ECF, *see* ECF No. 8 at p. 4; and it is further

FOUND, that any objections to the Application were due two weeks after its entry, *see*

United States Bankruptcy Court for the District of Maryland Local Rule 9006-1(a); and it is further

FOUND, that no timely opposition to the Application has been filed; and it is further

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Maurice B. VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC be, and hereby is, EMPLOYED as general reorganization counsel to the Debtor, with all compensation for such services being expressly subject to judicial approval.

**All findings of fact are based upon representation of counsel.**

**The prevailing party will effectuate service of the order on all interested parties.**

# # #

Approved for Entry:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 1034066DC
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*