**Dated: September 28, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-12812-SAH |
| | ) | (Chapter 11) |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF ZVI GUTTMAN AS CHIEF RESTRUCTURING OFFICER**

Upon consideration of the *Application to Approve Employment of Zvi Guttman as Chief Restructuring Officer* (the "Application"), ECF No. 73, filed by Jenk's Best Living, LLC (the "Debtor"), and in consideration of the record herein and governing law, it is, by the United States Bankruptcy Court for the Western District of Oklahoma, hereby:

FOUND, that the Application was filed on August 30, 2026, *see* ECF No. 73; and it is further

FOUND, that the Application was served on all parties receiving notice via CM/ECF, *see* ECF No. 73 at p. 7; and it is further

FOUND, that any objections to the Application were due two weeks after its entry, on or before September 14, 2026, *see* ECF No. 73 at p. 1; and it is further

FOUND, that—as certified by counsel submitting this order, through his endorsement below—no timely opposition to the Application has been filed; and it is further

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Zvi Guttman be, and hereby is, EMPLOYED as chief restructuring officer to the Debtor, with all compensation for such services being expressly subject to judicial approval.

**All findings of fact are based upon representation of counsel.**

**The prevailing party will effectuate service of the order on all interested parties.**

# # #

Approved for Entry:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 1034066DC
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*