IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>Jenk's Best Living, LLC<br><br>Debtor. | Case No. 26-12812-SAH<br>(Chapter 11) |

**OCTOBER 2026 BUDGET**

Comes now Jenk's Best Living, LLC ("Jenk's" or the "Debtor"), by and through undersigned proposed counsel, pursuant to the *Order Granting Motion for Leave to Incur Post-Petition Debts*, ECF No. 85, and reports as follows:

For the month of October 2026, the Debtor anticipates spending up to $50k on professional fees (on an accrual—not cash—basis). This is the only line item on the budget but the Debtor, equally, recognizes such may change based on any developments in a pending adversary proceeding. Should the budget materially change, the Debtor will timely give notice of such.

Respectfully submitted,

Dated: October 1, 2026

By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. 1034066DC
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig