**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| JENK'S BEST LIVING, LLC, | Case No. 26-12812-SAH |
| Debtor. | Chapter 11 |

Date Filed: July 19, 2026
341 Date: September 16, 2026, continued from August 26, 2026
341 Time: 1:30 p.m.
Voluntary ____X____
Involuntary __________

Change of address if any________________________________________

INITIAL TRUSTEE REPORT
AND SECTION 341 MEETING MEMO

1. Appearances: See appearance list.

2. Attorney for debtor: Maurice VerStandig, Christianna Annette Cathcart
Debtor's representative: Zvi Guttman

3. ____X____ Debtor's representative appeared, testified under oath and was examined.

4. ____X____ Creditors' committee has/has not been appointed.

5. ____X____ meeting concluded.

6. __________ meeting continued to:

7. Notes:

ILENE LASHINSKY
UNITED STATES TRUSTEE

MARJORIE CREASEY
Assistant United State Trustee

s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov